IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-20470-JCM |
| George R. Stepanovich, | : | Chapter 7 |
| Debtor, | : | |
| | : | Document No. |
| George R. Stepanovich, | : | |
| Movant, | : | |
| | : | Hearing Date & Time: |
| v. | : | August 21, 2025 at 2:00 p.m. |
| | : | |
| No Respondent. | : | |

**CERTIFICATE OF SERVICE OF MOTION TO REOPEN CHAPTER 7 CASE
AND NOTICE OF HEARING AND RESPONSE DEADLINE**

    I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on July 21, 2025.
    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

<u>Service by First-Class Mail</u>:
George R. Stepanovich, 1711 Lincoln Way, White Oak, PA 15131
Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
Internal Revenue Service, P.O. Box 219236, Stop P-4 5000, Kansas City, MO 64121-9236
Internal Revenue Service, 310 Lowell Street, Stop 360, Andover, MA 01810
All parties on the attached matrix.

<u>Service by NEF</u>:

| | |
|---|---|
| Office of the U.S. Trustee | Crystal H. Thornton-Illar |
| 1000 Liberty Avenue | Leech Tishman |
| Suite 1316 | 525 William Penn Place, 28th Fl. |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| | |
| EXECUTED ON: July 21, 2025 | By:   /s/ Dennis J. Spyra, Esq. |
| |       Dennis J. Spyra, Esq. |
| |       1711 Lincoln Way |
| |       White Oak, PA 15131 |
| |       (412) 673-5228 |
| |       dennis@spyralawoffice.com |
| |       PA I.D. # 46188 |

**PAWB Local Form 7 (07/13)**

Allegheny Clinic Radiology
P.O. Box 1198
Somerset, PA 15501

Allegheny Health Network
P.O. Box 645904
Pittsburgh, PA 15264

Alltran Financial, LP
10900 Corporate Centre Drive
Suite 100
Houston, TX 77041

Aspen Mastercard
c/o Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302

Benuck & Rainey, Inc.
25 Concord Road
Lee, NH 03861

Brock & Scott LLP
Attn: Rosemarie Diamond
2011 Renaissance Blvd., Suite 100
King of Prussia, PA 19406

Chaudhry Pulmonary Associates
1321 5th Avenue
Suite 202
McKeesport, PA 15132-2403

Cheswick Rehab and Wellness
3876 Saxonsburg Blvd
Cheswick, PA 15024

Credit Management Company
P.O. Box 16346
Pittsburgh, PA 15242-0346

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716

Credit One Bank
Attn: Bankruptcy
P.O. Box 98872
Las Vegas, NV 89193

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8973

Duquesne Light Company
P.O. Box 371324
Pittsburgh, PA 15250-7324

Francis S. Hallinan, Esq.
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Humana, Inc.
P.O. Box 14603
Lexington, KY 40512

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey C. Wilson, MD RP LLC
1151 Freeport Road
PMB 391
Pittsburgh, PA 15238-3103

Keystone Collections Group
P.O. Box 426
Irwin, PA 15642

McK City Treasurer
500 5th Avenue, 1st Floor
McKeesport, PA 15132

McKeesport Ambulance Rescue Service
P.O. Box 580
McKeesport, PA 15134-0580

Municipal Auth. of Westmoreland Cty
124 Park & Pool Road
New Stanton, PA 15672

Nationwide Mutual Ins. Co.
1 Nationwide Plaza
Columbus, OH 43215

Pennsylvania American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

Peoples Gas
P.O. Box 644760
Pittsburgh, PA 15264-4760

PHH Mortgage Services
1 Mortgage Way
Mount Laurel, NJ 08054

PHH Mortgage Services
1 Mortgage Way
Mail Stop SVCF
Mount Laurel, NJ 08054

Plum Emergency Medical Services
P.O. Box 114056
Pittsburgh, PA 15239

Resurgent Capital Services
Attn: Bankruptcy
P.O. Box 10497
Greenville, SC 29603-0497

Revco Solutions, Inc.
P.O. Box 163279
Columbus, OH 43216-3279

Rosemarie Diamond, Esq.
Brock & Scott, PLLC
2011 Renaissance Blvd., Suite 100
King of Prussia, PA 19406

Sunrise Credit Services, Inc.
P.O. Box 9004
Melville, NY 11747-9004

Transitions Healthcare North Huntingdon
8850 Barnes Lake Road
Irwin, PA 15642

Transworld Systems, Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034

Unifin, Inc.
P.O. Box 1608
Skokie, IL 60076

UPMC
2 Hot Metal Street
Dist Room 386
Pittsburgh, PA 15203

UPMC Health Plan
P.O. Box 371842
Pittsburgh, PA 15250-7842

Wells Fargo Auto
P.O. Box 17900
Denver, CO 80217

Xfinity/Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219