IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 24-20470-JCM |
| George R. Stepanovich, | : | Chapter 7 |
| Debtor, | : | |
| | : | Document No. 48 |
| George R. Stepanovich, | : | |
| Movant, | : | Related to Doc. Nos. 44, 46 |
| | : | |
| v. | : | Hearing Date & Time: |
| | : | August 21, 2025 at 2:00 p.m. |
| No Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO REOPEN CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion filed on July 21, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 7, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Dated: August 8, 2025

By: /s/ Dennis J. Spyra, Esq.
Dennis J. Spyra, Esq.
1711 Lincoln Way
White Oak, PA 15131
Ph: (412) 673-5228
dennis@spyralawoffice.com
PA I.D. # 46188

**PAWB Local Form 25 (07/13)**