IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-20470-JCM |
| George R. Stepanovich, | : | Chapter 7 |
|     Debtor, | : | |
| | : | Related Document No. 4 |
| George R. Stepanovich, | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

**ORDER OF COURT**

AND NOW, this  11th  day of      August      , 2025, upon the foregoing Motion to Reopen Chapter 7 Case, it is hereby Ordered, Adjudged, and Decreed that the Motion to Reopen Case be and hereby is granted and that Debtor may file an adversary proceeding against the Internal Revenue Service to remove disputed tax claims and for payment of alleged tax refunds.

BY THE COURT:

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
8/11/25 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20470-JCM |
| George R. Stepanovich | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2
Date Rcvd: Aug 11, 2025        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George R. Stepanovich, 1711 Lincoln Way, White Oak, PA 15131-1715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Dennis J. Spyra | on behalf of Debtor George R. Stepanovich dennis@spyralawoffice.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank Nat wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Matthew Fissel
    on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank Nat bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7